UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: CHARLIE D COLEMIRE

DEBTOR(S)                                              CASE NO. 07-20369

## TRUSTEE'S
## MOTION TO DISMISS

### NOTICE OF HEARING

Notice is hereby given that this Motion to Dismiss will be brought on for hearing in the U.S. Bankruptcy Courtroom, U.S. Courthouse, 3rd Floor, Rm. 306, 35 W. 5th St., Covington, KY, at 10:00 AM, on April 10, 2007    .

If the Debtor fails to appear, the Court may submit an order dismissing the Chapter 13 case.  Non-attendance at the hearing can only be excused by the Trustee's _written_ withdrawal of the motion.

### CERTIFICATE OF SERVICE

I hereby certify that this Motion to Dismiss was served upon the persons named below either electronically or by mail to the addresses indicated on March 23, 2007    .

### MOTION

The Trustee moves the Court to dismiss this case on the following grounds:

The debtor's unsecured debt exceeds the maximum allowable limit.

Copies to:

| | |
|---|---|
| CHARLIE D COLEMIRE | SCHILLER, STEVEN |
| 4863 AUGUSTA-BERLIN RD | ATTORNEY AT LAW |
| | 4 W. FOURTH ST, #200 |
| AUGUSTA KY 41002 | NEWPORT  KY 41071 |

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P. O. Box 2204
Lexington, Kentucky 40588-2204
(859) 233-1527